IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| Elizabeth Gish, | ) | |
| | ) | |
| Plaintiff. | ) | Civil No.: 5:25-cv-10918-DRG |
| | ) | |
| vs. | ) | Honorable David R. Grand |
| | ) | United States Magistrate Judge |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION TO EXTEND BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED by the parties, pursuant to local rule LR 7.1(a), that Plaintiff's time to file his Social Security Brief pursuant to Rule 6 of the Supplemental Federal Rules of Civil Procedure for Social Security actions, is extended 60 days through and including September 2, 2025. Accordingly, Defendant's Motion for Summary Judgment is due October 2, 2025, and Plaintiff's Reply, if any, is due October 16, 2025.

This Stipulation comes at the request of Plaintiff and is Plaintiff's first request for an extension of time.

Dated: July 1, 2025                              Respectfully Submitted,

                                                  By: s/ Eddy Pierre Pierre
                                                        Eddy Pierre Pierre, Esq.
                                                        Pierre Pierre Law, P.C.
                                                        Attorneys for Plaintiff
                                                        4750 Venture Drive
                                                        Suite 400, PMB 413
                                                        Ann Arbor, MI 48108
                                                        Phone: (646) 992-8383
                                                        Fax: (718) 504-6962
                                                        Epierre2@pierrepierrelaw.com

Dated: July 1, 2025
                                                  By: s/ Nicol S. Fitzhugh
                                                        Nicol S. Fitzhugh
                                                        Special Assistant United States Attorney
                                                        Special Assistant U.S. Attorney
                                                        Office of Program Litigation, Office 4
                                                        Office of the General Counsel
                                                        Social Security Administration
                                                        6401 Security Boulevard
                                                        Baltimore, MD 21235
                                                        Tel: (816) 936-5755
                                                        Fax: (816) 936-5963
                                                        Email: nicol.fitzhugh@ssa.gov

**SO ORDERED:**

Entered:__7/7/25                                                                            s/David R. Grand
                                                                                 Honorable David R. Grand
                                                                                 United States Magistrate Judge